UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

ELISA D. IRMINGER, )
)
    Plaintiff, )
)
v. ) No. 3:16-CV-137-CCS
)
)
)
NANCY A. BERRYHILL,[1] )
Acting Commissioner of Social Security, )
)
    Defendant. )

# **ORDER**

For the reasons stated in the Memorandum Opinion entered contemporaneously herewith, the Plaintiff's Motion for Summary Judgment [**Doc. 11**] is **DENIED**, and the Commissioner's Motion for Summary Judgment [**Doc. 16**] is **GRANTED**. The decision of the Commissioner is **AFFIRMED**. The Clerk of Court is directed to **CLOSE** this case.

IT IS SO ORDERED.

                                              s/ C. Clifford Shirley, Jr.
                                              United States Magistrate Judge

---

[1] During the pendency of this case, Nancy A. Berryhill replaced Acting Commissioner Carolyn W. Colvin. Pursuant to Federal Rule of Civil Procedure 25(d), Nancy A. Berryhill is substituted as the Defendant in this case.